**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Gerald Anthony Corbitt, Sr., ) | Case #: 22-30444 |
| ) | Chapter 13 |
| ) | |
| Debtor ) | OBJECTION TO CLAIM |

NOW COMES DEBTOR, by and through undersigned counsel, and objects to the secured claim of Regional Acceptance Corporation (trustee claim #31, Court claim #5-1) in the amount of $10,265.34. That said claim has (1) been filed as secured when the subject collateral was totaled in a car wreck on March 24, 2020, and (2) upon information and belief, the salvage or other sale proceeds have not been applied to the account. Debtor accordingly requests a full payment history on said account as debtor contends that said claim should be lower than stated, and again should be only an unsecured claim.

**WHEREFORE**, the Debtor respectfully requests that the Court disallow the secured claim of Regional Acceptance Corporation, and that the Court allow said claim only as an unsecured claim in a lessor amount to be proven by a full payment history.

Respectfully submitted, this 4th day of November, 2022.

_____
Jeffrey G. Dalrymple
NCSB#: 17053
Attorney for the Debtor

Jeffrey G. Dalrymple, PA
2435 Plantation Center Drive, Ste 205
Matthews, NC 28105
704-847-7151
jdalrymple@matthewsattorneys.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| Gerald Anthony Corbitt, Sr., ) | Case #: 22-30444 |
| ) | |
| Debtor, ) | NOTICE OF HEARING |
| ) | |

**TAKE NOTICE** that the Debtor has filed an Objection to the claim of Regional Acceptance Corporation. A copy of said Objection accompanies this Notice.

**TAKE FURTHER NOTICE** that any response, including objection, to the relief requested in the attached Objection to Claim should be filed with the Clerk of the Bankruptcy Court within 30 days of this Notice and a copy served on the attorney identified below and upon other parties as required by law or Court Order. Any response shall clearly identify the specific motion to which the response is directed, and it must comply with Local Bankruptcy Rule 9013.

**TAKE FURTHER NOTICE** that a hearing will be held on this Motion on December 13, 2022 at 9:30 a.m. at the Charles R. Jonas Federal Building, Courtroom 2A, 401 W. Trade Street, Charlotte, North Carolina. No further notice of this hearing will be given.

This the 4th day of December, 2022.

_____
Jeffrey G. Dalrymple
NC Bar#: 17053
Attorney for Debtor

Jeffrey G. Dalrymple, PA
2435 Plantation Center Dr., Ste 205
Matthews, NC 28105
(704) 847-7151
jdalrymple@matthewsattorneys.com

Address of the Court:
United States Bankruptcy Court
401 W. Trade St.
Charlotte, NC 28202

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gerald Anthony Corbitt, Sr., | ) | Case #: 22-30444 |
| | ) | |
| Debtor. | ) | |
| | ) | CERTIFICATE OF SERVICE |

I hereby certify that on the 4th day of November, 2022, I served a copy of Debtors' Objection to Claim on the parties hereinafter named either electronically, or by placement in a postage prepaid envelope addressed to the parties hereinafter named, at the place and addresses stated below, which is the last known address, by depositing the envelope and its contents in the United States mail:

Jenny p. Holman        -        electronic
Trustee

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894        -        regular mail

Jeffrey G. Dalrymple
NC Bar #: 17053
Attorney for Debtor

Jeffrey G. Dalrymple, PA
2435 Plantation Center Drive, Ste 205
Matthews, NC 28105
(704) 847-7151
jdalrymple@matthewsattorneys.com