**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:  
GERALD ANTHONY CORBITT, SR.

Case Number: 22-30444

Chapter 13

SSN# : XXX-XX-6826

**MOTION OF TRUSTEE FOR DETERMINATION**
**OF STATUS OF CLAIMS IN CONFIRMED PLAN AND**
**DESIGNATION OF MINIMUM UNSECURED PERCENTAGE DIVIDEND**

The undersigned trustee in the above-referenced Chapter 13 case reports that she has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as she believes proper under applicable law.

The plan as confirmed should pay a minimum dividend of at least one hundred percent (100%) to the general unsecured creditors.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Asserted Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| AMERICAN PROFIT RECOVERY | 10 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9468 |
| AUTOMONEY INC | 37 | 16 | C-Car /Other (910/365) | 50 | $2,922.23 | Pay by Trustee | 3070 |
| CAPITAL ONE AUTO FINANCE | 29 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 6408 |
| CITY COUNTY TAX COLLECTOR | 30 | 2 | U-Unsecured | 80 | $94.71 | Pay by Trustee | 9 09 |
| CITY COUNTY TAX COLLECTOR | 9 | 4 | U-Unsecured | 80 | $223.93 | Pay by Trustee | 0 09 |
| CITY COUNTY TAX COLLECTOR | 32 | 1 | U-Unsecured | 80 | $265.23 | Pay by Trustee | 0 09 |
| CITY COUNTY TAX COLLECTOR | 33 | 3 | U-Unsecured | 80 | $264.37 | Pay by Trustee | 9 08 |
| COMPLETE PROPERTY SERVICES, LLC | 13 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6SSN |
| CONVERGENT OUTSOURCING | 14 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8634 |
| CREDIT MANAGEMENT | 15 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1912 |
| FINWISE BANK | 38 | 12 | U-Unsecured | 80 | $1,028.06 | Pay by Trustee | 4261 |
| GENESIS FS CARD SERVICES | 17 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0536 |
| HUTCHENS LAW FIRM | 27 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| INTERNAL REVENUE SERVICE | 34 | 6 | U-Unsecured | 80 | $1,265.09 | Pay by Trustee | 6826 |
| INTERNAL REVENUE SERVICE | 6 | 6 | S-Secured-Pro-Rata | 50 | $19,906.62 | Pay by Trustee | 6826 |
| INTERNAL REVENUE SERVICE | 7 | 6 | P-Priority | 70 | $5,393.62 | Pay by Trustee | 6826 |
| JEFFREY G DALRYMPLE PA | 1 | | B-Base Attorney Fee(s) | 20 | $1,000.00 | PAY OUTSIDE | |
| JEFFREY G DALRYMPLE PA | 2 | | B-Base Attorney Fee(s) | 50 | $4,000.00 | Pay by Trustee | |
| LVNV FUNDING LLC | 16 | 10 | U-Unsecured | 80 | $592.55 | Pay by Trustee | 4898 |

CASE NO:  22-30444                                                                                   DEBTOR: GERALD ANTHONY CORBITT, SR.

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Asserted Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| MCCALLA RAYMER LEIBERT PIERCE LLC | 28 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| NC DEPARTMENT OF REVENUE | 8 | 14 | P-Priority | 70 | $5,183.74 | Pay by Trustee | 6826 |
| NC DEPARTMENT OF REVENUE | 40 | 14 | U-Unsecured | 80 | $4,372.02 | Pay by Trustee | 6826 |
| PENSKE TRUCK LEASING | 18 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| PIEDMONT NATURAL GAS | 36 | 11 | U-Unsecured | 80 | $355.43 | Pay by Trustee | 6826 |
| PREMIER BANKCARD LLC | 11 | 8 | U-Unsecured | 80 | $1,134.93 | Pay by Trustee | 1889 |
| PREMIER BANKCARD LLC | 12 | 7 | U-Unsecured | 80 | $537.07 | Pay by Trustee | 5396 |
| PUBLISHERS CLEARING HOUSE | 19 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1844 |
| QUANTUM3 GROUP LLC | 39 | 13 | U-Unsecured | 80 | $757.87 | Pay by Trustee | 5061 |
| QUANTUM3 GROUP LLC | 35 | 9 | U-Unsecured | 80 | $670.75 | Pay by Trustee | 8515 |
| REALTOR REALIZATION | 20 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| REGIONAL ACCEPTANCE CORPORATION | 31 | 5 | U-Unsecured | 80 | $10,265.34 | Pay by Trustee | 9613 |
| SEVERN TRENT | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| SOUTHERN DENTAL | 22 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0357 |
| SPEEDY CASH | 23 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7674 |
| TEXAS WORKFORCE COMMISSION | 24 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6826 |
| TRANSWORLD SYSTEMS INC | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0357 |
| US BANK TRUST NA | 3 | 15 | m-Mortgage Pre-Petition | 50 | $37,997.58 | Pay by Trustee | 9112 |
| US BANK TRUST NA | 4 | 15 | q-Mortgage Admin/Gap | 50 | $2,530.80 | Pay by Trustee | 9112 |
| US BANK TRUST NA | 5 | 15 | M-Mortgage | 30 | $181,322.02 | CONDUIT | 9112 |
| XFINITY | 26 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2169 |

Wherefore, the trustee respectfully requests that the Court classify the claims for payment by the trustee as set forth herein; designate the minimum percentage dividend to be paid to the general unsecured creditors; and that it grant such other and further relief as is appropriate and just.

Dated: June 15, 2023

JENNY P. HOLMAN
Standing Chapter 13 Trustee
5970 Fairview Road, Suite 650
Charlotte, NC  28210-2100

CASE NO:  22-30444              DEBTOR: GERALD ANTHONY CORBITT, SR.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                     Case Number: 22-30444
GERALD ANTHONY CORBITT, SR.

Chapter 13

SSN# : XXX-XX-6826

**NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION**
**OF STATUS OF CLAIMS IN CONFIRMED PLAN AND**
**DESIGNATION OF MINIMUM UNSECURED PERCENTAGE DIVIDEND**

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtor's confirmed plan and for designation of minimum unsecured percentage dividend.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by July 19, 2023 at the following address:

    CLERK, U.S. BANKRUPTCY COURT
    401 W TRADE ST.
    CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Tuesday, July 25, 2023 at  9:30 am at the following address.

    CHARLES JONAS FEDERAL BUILDING
    3-LTB COURTROOM 2A
    401 WEST TRADE STREET
    CHARLOTTE, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: June 15, 2023                                                                                   JENNY P. HOLMAN
                                                                                           Standing Chapter 13 Trustee
                                                                                           By:  L. Wilkins-Austin

CASE NO:  22-30444  DEBTOR: GERALD ANTHONY CORBITT, SR.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:  Case Number: 22-30444

GERALD ANTHONY CORBITT, SR.  Chapter 13

SSN# : XXX-XX-6826

## CERTIFICATE OF SERVICE

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on June 16, 2023 via the CM/ECF filing system. Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: June 16, 2023

L. Wilkins-Austin
Office of the Chapter 13 Trustee

AMERICAN PROFIT RECOVERY, 34505 W 12 Mile Road Suite 333, Farmington, MI 48331
AUTOMONEY INC, 450 MEETING ST, CHARLESTON, SC 29403
CAPITAL ONE AUTO FINANCE, AIS PORTFOLIO SERVICES LP, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118
CITY COUNTY TAX COLLECTOR, ATTN: VIVIANNE BOLDEN, PO BOX 31637, CHARLOTTE, NC 28231
COMPLETE PROPERTY SERVICES, LLC, 2429 Bissonnet Street, No 545, Houston, TX 77005
CONVERGENT OUTSOURCING, PO BOX 9004, RENTON, WA 98057
CREDIT MANAGEMENT, 4200 INTERNATIONAL PARKWAY, CARROLLTON, TX 75007
FINWISE BANK, BECKET AND LEE LLP, PO BOX 3002, MALVERN, PA 19355
GENESIS FS CARD SERVICES, PO BOX 4488, BEAVERTON, OR 97076
GERALD ANTHONY CORBITT, SR., 931 PINEBOROUGH ROAD, CHARLOTTE, NC 28212
HUTCHENS LAW FIRM, 6230 FAIRVIEW RD SUITE 315, CHARLOTTE NC, NC 28210
INTERNAL REVENUE SERVICE, PO BOX 7317, INSOLVENCY REMITTANCE, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
JEFFREY G DALRYMPLE PA (served electronically)
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN BANKRUPTCY DEPARTMENT, 1544 OLD ALABAMA ROAD, ROSWELL, GA 30076
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
PENSKE TRUCK LEASING, PO BOX 532658, ATLANTA, GA 30353
PIEDMONT NATURAL GAS, 4301 YANCEY RD, CHARTOTTE, NC 28217
PREMIER BANKCARD LLC, C/O JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302
PREMIER BANKCARD LLC, JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677
PUBLISHERS CLEARING HOUSE, PO BOX 6344, HARLAN, IA 51593
QUANTUM3 GROUP LLC, AS AGENT FOR GENESIS FS CARD SVC INC, PO BOX 2489, KIRKLAND, WA 98083
QUANTUM3 GROUP LLC, AS AGENT FOR GENESIS FS CARD SVCS INC, PO BOX 788, KIRKLAND, WA 98083
QUANTUM3 GROUP LLC, SADINO FUNDING LLC, PO BOX  788, KIRKLAND, WA 98083
QUANTUM3 GROUP LLC, SADINO FUNDING LLC, PO BOX 2489, KIRKLAND, WA 98083
REALTOR REALIZATION, 175 PARK AVE, MADISON, NJ 07940
REGIONAL ACCEPTANCE CORPORATION, BANKRUPTCY SECTION /100-50-01-51, PO BOX 1847, WILSON, NC 27894
SEVERN TRENT, Westlake Mud #1, Houston, TX 77268
SOUTHERN DENTAL, 1215 Fry Road, Suite D, Katy, TX 77449
SPEEDY CASH, PO BOX 780408, WICHITA, KS 67278
TEXAS WORKFORCE COMMISSION, R10 BOCU ROOM 56, 101 E 15TH STREET, AUSTIN, TX 78778
TRANSWORLD SYSTEMS INC, ATTN BANKRUPTCY DEPARTMENT, 500 VIRGINIA DR, SUITE 514, FT WASHINGTON, PA 19034
US BANK TRUST NA, FAY SERVICING LLC, PO BOX 814609, DALLAS, TX 75381-4609

XFINITY, 9602 S 300 W, Suite B, Sandy, UT 84070

Total Served: 35